Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,666,631
Registered Dec. 24, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## POWERBALL

DYNAFLEX INTERNATIONAL (CALIFORNIA CORPORATION)
1401 NORTH KRAEMER BLVD., #B
ANAHEIM, CA 92806

FOR: MANUALLY OPERATED GYROSCOPIC WRIST EXERCISER, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-0-1999; IN COMMERCE 1-0-1999.

OWNER OF U.S. REG. NO. 2,512,396.

SER. NO. 78-103,659, FILED 1-18-2002.

SUSAN HAYASH, EXAMINING ATTORNEY